99-00686 In re Corpoirate Express Delivery Systems.wpd



No. 04-99-00686-CV

IN RE CORPORATE EXPRESS DELIVERY SYSTEMS, INC. & Corporate Express Delivery
Systems-Southwest, Inc.

From the 37th Judicial District Court, Bexar County, Texas

Trial Court No. 98-CI-08471

Honorable Peter Michael Curry, Judge Presiding

PER CURIAM

Sitting: Tom Rickhoff, Justice 

 Catherine Stone, Justice 

 Sarah B. Duncan, Justice 

Delivered and Filed: October 6, 1999

PETITION FOR WRIT OF MANDAMUS DENIED

 The court has considered relator's petition for writ of mandamus and emergency motion for
protection and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of
mandamus and emergency motion are denied. 

 Relator shall pay all costs incurred in this proceeding.

 The clerk of this court is directed to transmit a copy of this opinion to the attorneys of record,
the trial court judge, and the trial court clerk.

 PER CURIAM

DO NOT PUBLISH